MINUTE ENTRY

JOAN M. AZRACK, USMJ            DATE: Sept. 20, 2012
DOCKET:   12-CV-2912 (CBA)       CASE:   Liverpool v. City of NY

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____   by _____
Oral motion for _____   by _____

☐ TELEPHONE   ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☒ INITIAL CONF.   ☐ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15   ☒ 30   ☐ 45   ☐ 60   ☐ Other: ____

FOR PLAINTIFF: Darius Wadia

FOR DEFENDANT: Caroline Chen
Susan Halatyn

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

- Rule 26 to be xchanged
- DA file to be obtained
- Early sett. conf 11/15/12 1230 w/ client

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☐ Next conference on  11/15/12 1230   ☐ Telephone  ☒ In-Person
☐ Pre-Trial Order by _____